In the Matter of ISAAC WIDERMAN, Appellant, v NEW YORK CITY HOUSING AUTHORITY, Respondent.

Submitted January 19, 2016; decided March 29, 2016

Motion for reargument of motion for leave to appeal denied [*see* 26 NY3d 912 (2015)].

Judge ABDUS-SALAAM taking no part.